Ruple Marx SMITH, Petitioner—
Appellant,

v.

Frank LUNA;  Warden, et al.,
Respondents—Appellees.

No. 04–35549.

D.C. No. CV–04–00084–JWS.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 17, 2005.

Ruple Marx Smith, Florence, AZ, pro se.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM **

Alaska state prisoner Ruple Marx Smith appeals pro se the district court's order dismissing as untimely his 28 U.S.C. § 2254 habeas petition.  We have jurisdiction pursuant to 28 U.S.C. § 2253.

Reviewing de novo, *Miles v. Prunty*, 187 F.3d 1104, 1105 (9th Cir.1999), we affirm for the reasons stated by the district court.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.